**Dismissed and Memorandum Opinion filed September 27, 2016.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-16-00521-CV

---

## DONALD BLACKSHIER, Appellant

### V.

## JAMES THIBODEAUX, Appellee

---

**On Appeal from County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1078082**

---

### M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed June 20, 2016. The notice of appeal was filed on June 30, 2016. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs); Tex. Gov't Code Ann. § 51.207.

On August 30, 2016, this court ordered appellant to pay the appellate filing fee on or before September 9, 2016, or the appeal would be dismissed. Appellant

has not paid the appellate filing fee.

Accordingly, the appeal is **DISMISSED**. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).


PER CURIAM


Panel consists of Justices Busby, Donovan, and Brown.